■ ANDREW A. MARINO, Appellant, v FRANCIS X. WALLACE, Respondent. —Order unanimously affirmed, without costs. Memorandum: We affirm because in our view the allegedly slanderous remarks were made during the course of a Public Service Commission hearing which was in substance a quasi-judicial proceeding to which an absolute privilege attaches *(Julian J. Studley, Inc. v Lefrak,* 50 AD2d 162, affd on other grounds 41 NY2d 881; see *Toker v Pollak,* 44 NY2d 211, 222; *Wiener v Weintraub,* 22 NY2d 330; *Andrews v Gardiner,* 224 NY 440 446-447). (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Cardamone, Simons and Schnepp, JJ.